**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JEFFERY S. REINICHE and ANN C. SICKON,** both individually and derivatively on behalf of **HEALTH ALLIANCE HOLDINGS, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**JAMIE MARTIN, E.B. MARTIN, Jr., HA ACQUISITION, LLC, and EBM VENTURES, LLC,**<br><br>**Defendants.** | ```FILED: MAY 28, 2008
08CV3093         TC
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE```<br><br>**Case No.**<br><br>**Jury Demanded** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 28, 2008 we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, plaintiffs' *COMPLAINT* in accordance with the CM/ECF guidelines of the United States District Court for the Northern District of Illinois, Eastern Division.

                                                 **ANN C. SICKON and JEFFERY S.
REINICHE, both individually and
derivatively on behalf of
HEALTH ALLIANCE HOLDINGS,
INC.,**

                                           By:  ___/s/ Brian C. Witter_____

**Dated: May 28, 2008**

Brian C. Witter
**Law Offices of Brian C. Witter, P.C.**
111 West Jackson Boulevard
Suite 1100
Chicago, IL 60604
(312) 961-4942 (T)
(312) 386-9759 (F)
[briancwitterpc@gmail.com](mailto:briancwitterpc@gmail.com)

2

James A. McGurk
**Law Offices of James A. McGurk, P.C.**
10 South LaSalle Street
Suite 3300
Chicago, IL  60603-5232
(312) 236-8900
Fax (312) 277-3497
**Attorneys for Plaintiffs**

James A. McGurk
**Law Offices of James A. McGurk, P.C.**
10 South LaSalle Street
Suite 3300
Chicago, IL  60603-5232
(312) 236-8900
Fax (312) 277-3497
**Attorneys for Plaintiffs**

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.